JOHN LUNNEY v. VILLAGE OF CASS LAKE.[1]

January 4, 1907.

Nos. 14,977—(121).

Action in the district court for Cass county to recover $3,000 for personal injuries sustained in falling through a sidewalk in defendant village. The case was tried before Spooner, J., and a jury, which rendered a verdict of $750 in favor of plaintiff. From an order denying motions for judgment in favor of defendant notwithstanding the verdict and for a new trial, defendant appealed. Affirmed.

*H. B. Fryberger*, for appellant.

*Charles W. Scrutchin* and *Thomas Kneeland*, for respondent.

PER CURIAM.

The assignments of error directed to certain rulings of the trial court cannot be considered. No proper exceptions were taken at the time of the rulings, and the alleged errors were not assigned as reasons why a new trial should be granted. The evidence was sufficient to sustain the verdict.

Order affirmed.

---

O. W. DUNCANSON v. NELS NELSON.[2]

January 4, 1907.

Nos. 15,023—(178).

Action in the municipal court of St. Paul to recover $100, the alleged value of a horse fatally injured by a kick of defendant's horse. The case was tried before Hanft, J., who found in favor of plaintiff in the sum of $75. From an order denying a new trial, defendant appealed. Affirmed.

*Gideon S. Ives*, for appellant.

*Allen & Straight*, for respondent.

PER CURIAM.

Liberally construed, the findings of fact in this case justified the conclusion of law that the plaintiff was entitled to recover, and were sufficiently sustained by the evidence.

Order affirmed.

[1]Reported in 110 N. W. 1134.          [2]Reported in 110 N. W. 1133.